FILED: January 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4612

(3:12-cr-00057-GMG-DJJ-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHARLES PAGE HAINES, III

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to file appellee's response brief out of time.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk